IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NAVIGATORS SPECIALTY
INSURANCE COMPANY,

     Plaintiff,                                                    Case No.   18-cv-1062-jdp

    v.

SVA HEALTHCARE SERVICES, LLC,

     Defendant,

and

TIMOTHY RAVE, individually and on
behalf of a class of others similarly
situated,

     Necessary party.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant SVA Healthcare Services, LLC against plaintiff Navigators Specialty

Insurance Company dismissing this case without prejudice.


| s/V. Olmo, Deputy Clerk | 3/16/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |